UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL R. ROBERTS,<br><br>           Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>           Defendant. | No.  CV-07-5013-MWL<br><br>ORDER GRANTING JOINT<br>MOTION FOR REMAND |

    The parties have filed a stipulation for remand of the above captioned case to the Commissioner for further administrative proceedings.  (Ct. Rec. 24).  The parties have filed a recent consent to proceed before a magistrate judge.  (Ct. Rec. 18).

    After considering the stipulation, **IT IS ORDERED** that the above-captioned case be remanded for a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g).  Upon remand, the Administrative Law Judge ("ALJ") will: (1) re-evaluate the opinions of Drs. Bender, Washington and Nand; (2) re-evaluate his Step-Two determination; (3) re-evaluate Plaintiff's subjective testimony; (4) re-evaluate Plaintiff's maximum residual functional capacity; (5) re-evaluate Plaintiff's capacity to engage in any past relevant work, and, if necessary, his ability to sustain

ORDER GRANTING JOINT MOTION FOR REMAND - 1

1 other substantial gainful employment which exists in significant
2 numbers in the national economy; and (6) obtain supplemental
3 testimony from a vocational expert if warranted.  The parties may
4 also submit additional evidence and argument.
5      Accordingly, this Court hereby reverses the Commissioner's
6 decision under sentence four of 42 U.S.C. § 405(g) with a remand
7 of the cause to the Commissioner for further proceedings.  *See,*
8 *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).
9      **IT IS FURTHER ORDERED:**
10     1.   The parties Joint Motion to Remand (**Ct. Rec. 24**) is
11 **GRANTED**.
12     2.   Judgment shall be entered for the **PLAINTIFF**.
13     3.   An application for attorney fees may be filed by
14 separate motion.
15     4.   The District Court Executive is directed to enter this
16 Order, forward copies to counsel, and thereafter shall **close** this
17 file.
18     **IT IS SO ORDERED.**
19     DATED this  12th  day of October, 2007.

                                    *S/Cynthia Imbrogno*
                                     CYNTHIA IMBROGNO
                              UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING JOINT MOTION FOR REMAND - 2