1

2               UNITED STATES DISTRICT COURT

3              EASTERN DISTRICT OF WASHINGTON

4

5   MICHAEL R. ROBERTS,            )
                                   )
6           Plaintiff,             )
                                   )        NO.  CV-07-5013-AMJ
7   vs.                            )
                                   )        **JUDGMENT IN A
8   MICHAEL J. ASTRUE,             )          CIVIL CASE**
    Commissioner of Social Security, )
9                                  )
            Defendant.             )
10                                 )
11  _____)

12      **STIPULATION BY THE PARTIES:**

13          The parties have stipulated to the remand of the captioned matter pursuant to

14  sentence four of 42 U.S.C. § 405(g).

15      **IT IS ORDERED AND ADJUDGED** that:

16          The matter is **REMANDED** for additional proceedings pursuant to sentence

17  four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18  **CLOSED.**

19          DATED this 12th day of October, 2007.

20                              JAMES R. LARSEN
                                District Court Executive/Clerk
21

22

23                              by:  s/Pamela A. Howard
                                     Deputy Clerk
24

25

26  cc: all counsel